[No. 70269-6-I.   Division One.   July 28, 2014.]

JONES ENGINEERS, INC., PS, *Respondent,* v. DEREK R. STEBNER ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-2-01924-8, Ira Uhrig, J., entered April 2, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 70410-9-I.   Division One.   July 28, 2014.]

*In the Matter of the Detention of* S.C.

Appeal from a judgment of the Superior Court for King County, No. 12-6-01528-1, James D. Cayce, J., entered May 10, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Becker, J.

[Nos. 70549-1-I; 70852-0-I.   Division One.   July 28, 2014.]

*In the Matter of the Marriage of* SOON IM KIM, *Respondent,* and SUNG LEE KIM, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 10-3-01974-3, Palmer Robinson, J., entered June 24, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Cox, J.

[No. 70747-7-I.   Division One.   July 28, 2014.]

CAVALRY SPVI, LLC, *Respondent,* v. JAMES SWALWELL ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 11-2-42374-3, Michael Hayden, J., entered July 19, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Cox and Lau, JJ.